UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


FILED
OCT 1 6 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

MEBRHATO TSEHAI,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:05-CV-01160 OWW/TAG HC

TERESA A. SCHWARTE,

_____/

An Order Denying petitioner's Motion for Bail having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____

_____

_____

_____

  X      Denied for the following reason:
_No exceptional circumstances shown to justify_
_bail during appeal._

_____

_____

Dated: 10-13-06

_____
OLIVER W. WANGER
United States District Judge